UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 AUG 20 PM 2:00

CLERK

BY_____

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 2:25-cr-82-1 |
| JUSTIN ZAYAS-SANCHEZ, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about May 27, 2025, in the District of Vermont, the defendant, JUSTIN ZAYAS-

SANCHEZ, knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

████████████████

FOREPERSON

_Michael P. Drescher_ by ___

MICHAEL P. DRESCHER (DGG)
Acting United States Attorney
Rutland, Vermont
August 20, 2025